**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6559**

_____

DUSTIN C. WILSON,

        Plaintiff - Appellant,

     v.

LIEUTENANT TINCHER; SERGEANT LUNDY; WARDEN WRIGHT; GRIEVANCE
COUNSELOR WALLS; NURSE PAYNE,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Norman K. Moon, Senior
District Judge.  (7:15-cv-00134-NKM-RSB)

_____

Submitted:  July 21, 2016        Decided:  July 22, 2016

_____

Before SHEDD, AGEE, and WYNN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Dustin Chase Wilson, Appellant Pro Se.  Nancy Hull Davidson,
Assistant Attorney General, Richmond, Virginia; Rosalie Fessier,
TIMBERLAKE, SMITH, THOMAS & MOSES, PC, Staunton, Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dustin C. Wilson seeks to appeal the district court's order granting one defendant's motion to dismiss and granting in part and denying in part the remaining defendants' motion for summary judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Wilson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See Robinson v. Parke-Davis & Co., 685 F.2d 912, 913 (4th Cir. 1982). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2